SHERRY RADACK
CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
JUSTICES

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.txcourts.gov/1stcoa.aspx



# Court of Appeals
# First District of Texas
### 301 Fannin Street
### Houston, Texas 77002-2066

June 9, 2015

Harris County District Clerk's Office -
Criminal
Harris County District Clerk - Criminal
1201 Franklin, Ste 3180
Houston, TX 77002
* DELIVERED VIA E-MAIL AND HARRIS
COUNTY MESSENGER *

**Attention: Barbara Anderson – Exhibit Clerk**

**RE:**    **Court of Appeals Number:** 01-15-00382-CR    **Trial Court Case Number:** 1931972

**Style:**    Elio Raul Trigo v. The State of Texas

Pursuant to the Trial Court's May 29, 2015 order, **State Exhibits 3 and 4** was ordered filed for our review.

Pursuant to 1997 Supreme Court Order B.4, **State Exhibits 3 and 4** are being returned to the District Clerk's Office.

Sincerely,

Christopher A. Prine, Clerk of the Court

By Ora Patterson, Deputy Clerk

**\*\* PLEASE SIGN AND RETURN TO THE FIRST COURT OF APPEALS.**

Received by: _____ Date: _____

01- 15-00382-CR

I, Clerk of the 1st COURT OF APPEALS, do hereby acknowledge receipt of the Appellate Records listed below from the District Clerk of Harris County, Texas.

| CAUSE NO. | Description | DEFENDANT'S NAME |
|---|---|---|
| 1931972 | STATE EXHIBIT #3 & 4 | ELIO RAUL TRIGO |

FILED IN
1ST COURT OF APPEALS
HOUSTON TEXAS

JUN - 8 2015

CHRISTOPHER A. PRINE

CLERK _____

Received on this the _____ day of _____ 2015.

_____, Deputy

## NO. 1931972

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | COUNTY CRIMINAL |
| vs. | § § § § | COURT AT LAW NO. 4 |
| ELIO RAUL TRIGO | § § § § | HARRIS COUNTY, TEXAS |

## ORDER – ORIGINAL EXHIBITS

The Rules of Appellate Procedure indicate that "[i]f the trial court determines that original exhibits should be inspected by the appellate court or sent to that court in lieu of copies, the trial court must make an order for the safekeeping, transportation, and return of those exhibits." *See* TEX. R. APP. P. 34.6(g)(2). The Court has determined that the Official Court Reporter of County Criminal Court at Law No. 4 does not have the technical resources or expertise to safely copy audio or audio video recordings for inclusion in appellate records as exhibits.

To ensure the integrity of the appellate record and the preservation of the original audio or audio-video exhibits in the trial court's record, the Court **ORDERS** the Official Court Reporter, to the extent practicable, "arrange all the exhibits in their listed order and bind them firmly together." *See* TEX. R. APP. P. 34.6(g)(2).

The Court **ORDERS** the Harris County District Clerk to transport the following exhibits to the First Court of Appeals for their inspection and safekeeping in the above case:

| | Exhibit # | Brief Description |
|---|---|---|
| 1) | 3 | HGN demonstrative video - CD |
| 2) | 4 | DWI video - DVD |
| 3) | | |

Once the Appellate Clerk issues a mandate in this matter, the Court would ask the Appellate Clerk to contact the Harris County District Clerk to effectuate the safe return of the above listed original exhibits.

5-29-15
Date signed

John W. Clinton
Judge, County Criminal Court at Law No. 4